IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PAUL VALDEZ AND CURRIE BYRD, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | CA No. 5:23-cv-290-OLG |
| v. | § § § | |
| ASSIETTE, LLC D/B/A TARDIF'S AMERICAN BRASSERIE AND JEAN YVES TARDIF, INDIVIDUALLY | § § § § § | |
| Defendants | § | |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. Phase I discovery, limited to the appropriateness of notice issuing in this matter, will end January 8, 2024.

2. Plaintiff's Motion for Notice is due by February 9, 2024;

3. Defendants' Response is due by March 1, 2024;

4. Plaintiffs' Reply is due by March 8, 2024.

The Court will require that the Parties submit additional joint proposed scheduling recommendations, including deadlines for the items in the Court's form scheduling order, not later than 15 days after either (1) the close of the class notice period, if any, or (2) the date the Court denies Plaintiff's Motion for Notice.

**SIGNED AND ENTERED** this _____ day of October 2023.

_____
ORLANDO L. GARCIA
United States District Judge