FILED
October 19, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Tyler Martin___
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PAUL VALDEZ AND CURRIE BYRD, individually and on behalf of all others similarly situated <br><br> Plaintiffs <br><br> v. <br><br> ASSIETTE, LLC d/b/a TARDIF'S AMERICAN BRASSERIE and JEAN YVES TARDIF, individually <br><br> Defendant | CIVIL ACTION NO. <br> SA-23-CV-290-OLG |

# INITIAL SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following initial scheduling order:

1. Phase I discovery, the notice determination stage, will end <u>January 19, 2024</u>. This phase will be limited to the identification of "similarly situated" employees – i.e., persons employed by Defendant in the same or similar capacity as named Plaintiff with the same or similar job title/job description/assigned position or duties and compensated in the same or similar manner – who were employed during the relevant time period (within three years prior to the filing of suit), and the appropriateness of issuing notice to this prospective collective group of employees;[1]

2. Plaintiff's motion for issuance of notice to the prospective collective group will be filed no later than <u>February 16, 2024</u>;

3. Defendant's response in opposition, if any, will be filed no later than <u>March 8, 2024</u>;

4. Plaintiff's reply, if any, will be filed no later than <u>March 15, 2024</u>.

---

[1] If there are any written agreements between the employer and identified employees, such as agreements to arbitrate, those agreements would need to be disclosed at this juncture.

The Court will require that the parties submit additional joint proposed scheduling recommendations, including deadlines in the Court's form scheduling order, no later than 15 days after either (1) the close of the notice period, if any, or (2) the date the Court denies Plaintiff's motion for notice.

SIGNED this  19th   day of October, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE