# Did you work for Assiette, LLC d/b/a Tardif's American Brasserie?

### Does This Affect Me?

If you worked for Assiette, LLC, d/b/a Tardif's American Brasserie ("Assiette") within the last two years as a server, bartender, or a similar position and were paid tips, then this may affect you.

### What's This About?

Two former Assiette servers claim that Assiette improperly paid them for their work and took portions of their tips. The lawsuit is seeking money to pay these workers for the wrongfully taken tips and for minimum wage for the hours they worked in the past 2 years. This Notice tells you how you may join the case if you so choose.

At this time, the Court has not decided if Assiette violated federal law. Assiette says it did nothing wrong. There is no money available now and no guarantee that there will be any money in the future.

You have a choice to assert your legal rights in this case. If you do not do so, you will not share in any money awarded in the case.

### What Can I Get?

If the workers win, you may get up to two times the unpaid wages and tips you should have gotten.

If the workers lose, you will get nothing.

If you join the lawsuit, you will not have to pay your lawyers out of your pocket, win or lose. The lawyers for the workers are being paid on a contingency fee basis and will receive a part of the money if money is recovered.

### Can I be Retaliated Against?

No. It is illegal for Assiette to fire or demote you or otherwise treat you differently just because you joined this suit.

### How Do I Join the Lawsuit?

If you want to join in the lawsuit, fill out the enclosed *Consent to Join* form and mail, email, or fax it back, or go to www._____.com and electronically fill out a consent form. You are responsible for being sure the form is received on time. It must be filled out, mailed or received by _____, 2024.

### What Are My Choices?

If you want to join this case to seek compensation for wages, return your *Consent to Join* form by _____, 2024. If you join this case, you will be bound by the result in this case, whether it is favorable or unfavorable. You may have to answer questions about your claim and provide documents.

You may contact and retain any attorney you choose.

If you do not wish to join this case, you don't have to do anything.

### Can I Get More Information?

To learn more, call the workers' attorneys at (713) 868-3388. The call is free and confidential.

Or write/email to:

The Buenker Law Firm
Assiette, LLC Overtime Lawsuit
P.O. Box 10099
Houston, Texas 77206
jbuenker@buenkerlaw.com

The United States District Court in San Antonio, Texas approved this Notice.
It has not ruled on the merits of the case.