**CONSENT TO JOIN LAWSUIT AGAINST ASSIETTE, LLC,
d/b/a TARDIF'S AMERICAN BRASSERIE**

Court-imposed deadline for filing is _____, 2024.

Print Name _____

1. I hereby consent to join the collective action lawsuit filed against Assiette, LLC, d/b/a Tardif's American Brasserie ("Assiette"), to pursue my claims of minimum wage pay and tips during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs Paul Valdez and Currie Byrd and their counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5. If needed, I authorize Plaintiffs' counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Assiette, LLC.

Signature: _____    Date Signed: _____

**Please print or type the following information which will be kept confidential:**

_____    _____
Address                            City/State/Zip

_____    _____
Home Telephone Number              Cell Phone Number

_____    _____
E-mail Address                     Position(s) Held with Assiette

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**Overtime Lawsuit Against Assiette, LLC**
**The Buenker Law Firm**
**P.O. Box 10099**
**Houston, Texas 77206**
**Telephone: (713) 868-3388**
**Fax: (713) 683-9940**
**Email: jbuenker@buenkerlaw.com**