IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Paul Valdez and Currie Byrd, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 5:23-cv-290-OLG |
| Assiette, LLC d/b/a Tardif's American Brasserie and Jean Yves Tardif Individually, | § § § § | |
| Defendants | § | |

**PLAINTIFFS' NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION**

Plaintiffs hereby submit the following consent to join this lawsuit, which is attached hereto as an exhibit:

1. Claudia Mandujano

Dated: February 13, 2024

        Respectfully Submitted,

        **THE BUENKER LAW FIRM**

        */s/ Josef F. Buenker*
        Josef F. Buenker
        TBA No. 03316860
        P.O. Box 10099
        Houston, Texas 77206
        713-868-3388 Telephone
        713-683-9940 Facsimile
        jbuenker@buenkerlaw.com

        **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, I electronically filed a copy of the foregoing pleading and served it by electronic transmission through the Court's CM/ECF system.

*/s/ Josef F. Buenker*
Josef F. Buenker