IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PAUL VALDEZ AND CURRIE BYRD, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 5:23-cv-290-OLG |
| v. | § § § | |
| ASSIETTE, LLC D/B/A TARDIF'S AMERICAN BRASSERIE AND JEAN YVES TARDIF, INDIVIDUALLY | § § § § § | |
| Defendants | § | |

## NOTICE OF FILING OF CONSENTS

Plaintiffs file the Consents of Devin Dobbins, Ricardo Fabre, Miriam Jimena, Arthur Pacheco, Jasmine Parker and Manuel Sauceda in connection with the above-entitled and numbered action, attached hereto as Exhibits A-F, respectively.

Respectfully submitted,

WELMAKER LAW, PLLC

/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

>Josef F. Buenker
>TBA No. 03316860
>P.O. Box 10099
>Houston, Texas 77206
>713-868-3388 Telephone
>713-683-9940 Facsimile
>jbuenker@buenkerlaw.com

>**ATTORNEYS FOR PLAINTIFFS**

>**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Filing of Consents has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on March 8, 2024.

>/s/ Douglas B. Welmaker
>**Douglas B. Welmaker**