Exhibit F

**CONSENT TO JOIN LAWSUIT AGAINST ASSIETTE, LLC,
d/b/a TARDIF'S AMERICAN BRASSERIE**

Court-imposed deadline for filing is April 8, 2024.

Print Name: **Manuel C Sauceda**

1. I hereby consent to join the collective action lawsuit filed against Assiette, LLC, d/b/a Tardif's American Brasserie ("Assiette"), to pursue my claims of minimum wage pay and tips during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at Welmaker Law, PLLC and The Buenker Law Firm as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs Paul Valdez and Currie Byrd and their counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5. If needed, I authorize Plaintiffs' counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Assiette, LLC.

Signature: *Manuel C. Sauceda (Jan 22, 2024 13:31 CST)*     Date Signed: Jan 22, 2024

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**Overtime Lawsuit Against Assiette, LLC**
The Buenker Law Firm
P.O. Box 10099
Houston, Texas 77206
Telephone: (713) 868-3388
Fax: (713) 683-9940
Email: jbuenker@buenkerlaw.com