IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Paul Valdez and Currie Byrd, Individually and on Behalf of All Others Similarly Situated, § § § § Plaintiffs, § § v. § Assiette, LLC d/b/a Tardif's American § Brasserie and Jean Yves Tardif Individually, § § Defendants § | | CIVIL ACTION NO. 5:23-cv-290-OLG |

**PLAINTIFFS' NOTICE OF FILING OF CONSENT TO JOIN COLLECTIVE ACTION**

Plaintiffs hereby submit the following consent to join this lawsuit, which is attached hereto as an exhibit:

1. Nicolas Human

Dated: April 3, 2024

          Respectfully Submitted,

          **THE BUENKER LAW FIRM**

          */s/ Josef F. Buenker*
          Josef F. Buenker
          TBA No. 03316860
          P.O. Box 10099
          Houston, Texas 77206
          713-868-3388 Telephone
          713-683-9940 Facsimile
          jbuenker@buenkerlaw.com

          **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, I electronically filed a copy of the foregoing pleading and served it by electronic transmission through the Court's CM/ECF system.

*/s/ Josef F. Buenker*
Josef F. Buenker
