IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Paul Valdez and Currie Byrd, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | C.A. NO. 5:23-cv-290-OLG |
| Assiette, LLC d/b/a Tardif's American Brasserie and Jean Yves Tardif Individually, | § § § § | |
| Defendants | § | |

## JOINT ADR REPORT

Plaintiff Isabella Bernal, on behalf of herself and all others similarly situated ("Plaintiff"), and Defendants Backsliders LLC d/b/a South Austin Beer Garden, David B. Pearce and Ryan Thomas ("Defendants") present this joint report on alternative dispute resolution in compliance with the Court's March 27, 2024 Agreed Second Scheduling Order.

1. The parties have agreed on mediation as their method of ADR, with such mediation to be completed by October 1, 2024.

2. The parties have agreed that mediation of this case shall be conducted by Mike Holland; the parties may select another mediator by agreement.

3. The mediator will be compensated with his or her standard fee. Plaintiffs and Defendants will each be responsible for one-half of this fee.

4. The parties' respective attorneys of record are responsible for managing negotiations on behalf of the parties. Each party's attorneys, party representatives, and all other persons necessary to negotiate a settlement will personally attend the mediation.

Respectfully Submitted,

| | |
|---|---|
| /s/ *Douglas B. Welmaker* | /s/ *Jaay D. Neal* |
| **Douglas B. Welmaker** | **Jaay D. Neal** |
| State Bar No. 00788641 | State Bar No. 14836700 |
| Welmaker Law, PLLC | LAW OFFICES OF JAAY D. NEAL |
| 409 N. Fredonia, Suite 118 | 322 W. Woodlawn Avenue |
| Longview, Texas 75601 | San Antonio, TX 78212 |
| Phone: (512) 799-2048 | Telephone: (210) 735-2233 |
| doug@welmakerlaw.com | Facsimile: (214) 292-9487 |
| | jaayneal@aol.com |
| **ATTORNEY FOR PLAINTIFFS** | **ATTORNEY FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing through the CM/ECF system on August 15, 2024.

/s/ Douglas B. Welmaker
Douglas B. Welmaker