IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Paul Valdez and Currie Byrd, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>Assiette, LLC d/b/a Tardif's American Brasserie and Jean Yves Tardif Individually,<br><br>　　　Defendants | C.A. NO. 5:23-cv-290-OLG |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Paul Valdez and Currie Bryd, and Defendants Assiette, LLC d/b/a Tardif's American Brasserie and Jean Yves Tardif, Individually ("Defendants") file this Stipulation of Dismissal With Prejudice regarding Plaintiffs' claims against Defendants pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii), and in support thereof, state the following:

1.　This case is a collective action brought under the Fair Labor Standards Act ("FLSA"), through which Named Plaintiffs Paul Valdez and Currie Byrd sought to recover from Defendants unpaid minimum wages, unpaid tips, liquidated damages, interest, litigation costs, expenses, and attorneys' fees.

2.　After extensive negotiations, and a successful mediation with Michael Holland of Holland & Holland, LLC on October 1, 2024, Plaintiffs and Defendants, each represented by experienced independent counsel in this adversary proceeding, came to an agreement to settle and compromise any and all matters and disputes in the above-referenced cause. The parties, through their undersigned counsel, stipulate and represent that their settlement of the FLSA claims of

Plaintiffs and the opt-in Plaintiffs is a fair and reasonable resolution of a bona fide dispute arising under the FLSA.

3. Plaintiffs and Defendants, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii), jointly move for a dismissal, with prejudice, of all claims against Defendants. The parties shall each bear their own costs except as provided in their settlement agreement. As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiffs' claims against Defendants.

Respectfully Submitted,

| /s/ Douglas B. Welmaker | /s/ Jaay D. Neal |
|---|---|
| **Douglas B. Welmaker** | **Jaay D. Neal** |
| State Bar No. 00788641 | State Bar No. 14836700 |
| Welmaker Law, PLLC | LAW OFFICES OF JAAY D. NEAL |
| 409 N. Fredonia, Suite 118 | 322 W. Woodlawn Avenue |
| Longview, Texas 75601 | San Antonio, TX 78212 |
| Phone: (512) 799-2048 | Telephone: (210) 735-2233 |
| doug@welmakerlaw.com | Facsimile: (214) 292-9487 |
| | jaayneal@aol.com |
| **ATTORNEY FOR PLAINTIFFS** | **ATTORNEY FOR DEFENDANTS** |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Stipulation of Dismissal has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on November 13, 2024.

/s/ Douglas B. Welmaker
Douglas B. Welmaker